[No. 10209–2–III. Division Three. September 25, 1990.]

PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY,
*Appellant,* v. THE DEPARTMENT OF LABOR
AND INDUSTRIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 88–2–00692–6, Jerry M. Moberg, J., entered August 8, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.

[No. 10112–6–III. Division Three. September 27, 1990.]

PHIL COSTICH, *Appellant,* v. R. BUTCH DAWSON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–2–03164–9, B.J. McLean, J. Pro Tem., entered June 14, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Green, J.

[No. 10190–8–III. Division Three. September 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSHUA
RAY FROSS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89–8–00505–7, William G. Luscher, J., entered July 3, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and Shields, J.